[No. 49621-2-I. Division One. February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN PEELER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00289-3, Anita L. Farris, J., entered November 13, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49748-1-I. Division One. February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KERRY PARENT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02893-2, Philip G. Hubbard, Jr., J., entered December 3, 2001. *Remanded* by unpublished per curiam opinion.

[No. 49800-2-I. Division One. February 10, 2003.]

BERNICE VEDOS, *Appellant*, v. JERRY KING, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 00-2-25352-4, Michael Heavey, J., entered November 17 and 28, 2001. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Cox, J.

[No. 49812-6-I. Division One. February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN MCLEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-1-00078-6, Steven J. Mura, J., entered February 16, 2001. *Affirmed* by unpublished per curiam opinion.